**Malik BEY, Plaintiff–Appellant,**

v.

**SHAPIRO BROWN .& ALT, LLP, Substitute Trustees; New York Community Bank, Defendants–Appellees.**

**No. 14–1378.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 16, 2014.

Decided: Oct. 6, 2014.

Malik Bey, Appellant Pro Se. Bizhan Beiramee, Alexander Richard Green, McGinnis Wutscher Beiramee, LLP, Bethesda, Maryland; Craig James Franco, Odin, Feldman & Pittleman, PC, Reston, Virginia, for Appellees.

Before SHEDD, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malik Bey appeals the district court's orders dismissing his complaint alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692–1692y (2012), the Maryland Consumer Debt Collections Act, Md.Code Ann., Com. Law, §§ 14–201 to –204, and the Maryland Consumer Protection Act, Md.Code Ann., Com. Law, §§ 13–101 to –501, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bey v. Shapiro .Brown & Alt, LLP,* No. 8:13–cv–01562–PWG (D. Md. Feb. 20 & Mar. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*